## Coon v. Matthews, *et al.*

1. APPEAL: REGULAR AND SPECIAL TERM. An appeal from the judgment of a justice of the peace is returnable to the next *regular* term of the District Court. The judgment can not be affirmed on the motion of the appellee at a special term.

*Appeal from Marion District Court.*

MONDAY, JANUARY 9.

AT a regular term of the District Court in Marion county, commencing on the 1st day of November, 1858, it was ordered that a special term should be held, commencing on the last day of the month, and that all causes, motions, &c., not otherwise disposed of should be continued to said term.

On the 4th of that month, plaintiff recovered judgment against defendant before a justice of the peace, from which defendant appealed on the 10th. At the special term, on plaintiff's motion, this judgment was affirmed. Defendant at a subsequent day of the term, appeared and moved to set aside the order of affirmance. The motion was overruled, and defendant appeals.

*J. E. Neal* for the appellant.

*Geo. May* for the appellee.

WRIGHT, C. J.—The motion to set aside the judgment of affirmance should have been sustained. The cause was appealed *after* the commencement of the regular term, and was not pending therein, nor among those continued under the general order. The appeal was properly returnable only to the next *regular* term after it was taken. *Wilkie et al.* v. *Jones*, Morris 97.

The return of the appeal by the justice and the notice thereof, as provided for in section 2340–41 of the Code, refer to regular and not special terms.

Judgment reversed and cause remanded.